**L. E. CARPENTER & COMPANY,**
Petitioner,

v.

**COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.**

No. 12686.

United States Court of Appeals
Third Circuit.

Argued Feb. 16, 1959.

Filed March 11, 1959.

Jacquin D. Bierman, New York City,
for petitioner.

Harry Marselli, Washington, D. C.
(Charles K. Rice, Asst. Atty. Gen., Lee A.
Jackson, Attorney, Department of Jus-
tice, Washington, D. C., on the brief),
for respondent.

BIGGS, Chief Judge, and
and McLAUGHLIN, Circuit

PER CURIAM.

it is clear that we lack juris-
diction to review the decision of the Tax
Court, 1957, 29 T.C. 562. The decision
of Judge Mulroney was reviewed by a
Special Division of the Tax Court, as re-
quired by Section 732(d), Internal Rev.
Code of 1939, 26 U.S.C. § 732(d) (1952),
26 U.S.C.A. Excess Profits Taxes, § 732
(d), and was affirmed. The decision of
the Tax Court sought to be reviewed here
relates exclusively to a question arising
under and determinable solely under Sec-
tion 721(a)(2)(C) of the Internal Reve-
nue Code of 1939. See 26 U.S.C. § 721
(a)(2)(C) (1952), 26 U.S.C.A. Excess
Profits Taxes, § 721(a)(2)(C). Section
732(c) of the Internal Revenue Code of
1939 provides that if "the determination
of any question is necessary solely by
reason of * * * section 721 * *
such question shall not be reviewed or
redetermined by any court or agency"
except the Tax Court.

The prohibition of Section 732(c) of
any review of decisions of the Tax Court
respecting "abnormalities" or relief is-
sues under the law, such as is presented
here, has now, we believe, been universal-
ly recognized. The sole exception was
Helms Bakeries v. Commissioner, 9 Cir.,
1956, 236 F.2d 3, but that decision was
overruled by the Court of Appeals for the
Ninth Circuit itself by its decision in
Helms Bakeries v. Commissioner, 1959,
263 F.2d 642. See Colonial Amusement
Co. of Philadelphia v. Commissioner, 3
Cir., 1949, 173 F.2d 568; Crowell-Collier
Pub. Co. v. Commissioner, 2 Cir., 1958,
259 F.2d 860, certiorari denied, 1959, 358
U.S. 928, 79 S.Ct. 314, 3 L.Ed.2d 302;
Standard Hosiery Mills, Inc. v. Commis-
sioner, 4 Cir., 1957, 249 F.2d 469; Brown
Paper Mill Co. v. Commissioner, 5 Cir.,

1958, 255 F.2d 77, certiorari denied, 1958, 358 U.S. 906, 79 S.Ct. 229, 3 L.Ed. 2d 227; Patent Button Co. of Tenn. v. Commissioner, 6 Cir., 1958, 256 F.2d 726; James F. Waters, Inc. v. Commissioner, 9 Cir., 1947, 160 F.2d 596, certiorari denied, 1947, 332 U.S. 767, 68 S.Ct. 77, 92 L.Ed. 353; and Colorado Milling & Elevator Co. v. Commissioner, 10 Cir., 1953, 205 F.2d 551.